SEAN P. FLYNN (SBN: 220184)
TOMIKO A. ORTIZ (SBN: 346789)
**GORDON REES SCULLY MANSUKHANI**
1 East Liberty Street, Suite 424
Reno, NV  89501
Telephone:      (775) 467-2610
Email:          sflynn@grsm.com
                tortiz@grsm.com

Attorneys for Plaintiff,
*WATERTON RESIDENTIAL, LLC*



**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERTON RESIDENTIAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER WARFIELD, INC., a Maryland corporation,<br><br>Defendant. | CASE NO.   2:25-cv-05185<br><br>**WATERTON RESIDENTIAL, LLC'S COMPLAINT AGAINST HUNTER WARFIELD, INC.** |

Plaintiff, WATERTON RESIDENTIAL, LLC, ("Plaintiff Waterton"), files this Complaint against HUNTER WARFIELD, INC. ("Defendant"), as follows:

## GENERAL ALLEGATIONS

1.      On or about April 11, 2024, SHARON BRADNI, YASAMIN BANAEI, and AREZOU GHOSEIRI filed a Complaint in United States District Court, Central District of California, Case No.2:24-cv-2753 ("Bradni Action"), alleging a cause of action for violations of 15 U.S.C. §1692, et seq. of the Fair Debt Collection Practices Act ("FDCPA") and California Civil Code §1788, et seq. of the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), which prohibits creditors and/or debt collectors from engaging in abusive, deceptive and unfair practices, against Plaintiff Waterton. Plaintiffs in the Bradni Action also sued for breach of contract and allege violations under California's Consumer

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501

Credit Reporting Agency Act ("CCRAA"), (California Civil Code § 1785.1 et seq.), which requires maximum accuracy with regard to consumer credit reporting, Cal. Civil Code §1950.5 et seq., and California Business and Professions Code § 17200 et seq., The claims in the Bradni Action arose from a collections account reported by Defendant in connection with Plaintiffs in the Bradni Action's rental unit at Chase Knolls, a multifamily housing development in Sherman Oaks, California that is managed by Plaintiff Waterton. Although Plaintiff Waterton denies each and every allegation of the Complaint in the Bradni Action, the allegations of said Complaint are incorporated herein as though fully set forth.

2. Plaintiff Waterton denied, and continues to deny, any violation or fault as alleged in the Complaint of the Bradni Action, or that any alleged acts, omissions or breaches of Plaintiff Waterton proximately resulted in any damage to Plaintiffs in the Bradni Action.

3. Plaintiff Waterton is and, at all times mentioned herein, was a limited liability company duly organized, licensed, and existing under and pursuant to the laws of the State of Delaware, doing business in the State of California as Waterton Residential, L.L.C., including the County of Los Angeles.

4. Plaintiff Waterton is informed and believes and thereon alleges that, at all times herein mentioned, Defendant is a Maryland corporation, existing and authorized by virtue of the laws in the State of California, to do business in the County of Los Angeles.

5. Plaintiff Waterton is informed and believes and thereon alleges that, at all times herein mentioned, Defendant was an agent of Plaintiff Waterton, and was at all times herein mentioned acting within the course and scope of such agency and employment.

6. Plaintiff Waterton is informed and believes and thereon alleges that Defendant is in some manner legally responsible for the acts and omissions alleged in the Complaint of the Bradni Action, and actually and proximately caused and contributed to the alleged damages referred to therein.

7. On or about December 29, 2021, Plaintiff Waterton and Defendant entered into a written Collection Services Agreement (the "Agreement"), pursuant to which Defendant agreed to provide collection services for certain accounts with outstanding balances.

8.      The Agreement includes an express indemnification provision requiring Defendant to indemnify, defend, and hold harmless Plaintiff Waterton from and against any claims, liabilities, damages, or losses arising out of or related to any breach of Defendant's obligations under the Agreement.

9.      Despite due demand, Defendant has failed and refused to indemnify or defend Plaintiff Waterton in connection with the claims asserted in the Complaint of the Bradni Action, in direct violation of its contractual obligations under the Agreement.

## FIRST CAUSE OF ACTION

### (Indemnity)

10.      Plaintiff Waterton repeats, realleges and incorporates by reference each and every allegation contained in every preceding paragraph set forth above, as though fully set forth at length.

11.      Plaintiff Waterton is informed and believes and thereon alleges that the claims asserted by Plaintiffs in the Bradni Action involve damages that were caused by, arose out of, and are connected with the actions/inactions of Defendant, including DOES 1-50, and each of them.

12.      Although Plaintiff Waterton denies said allegations asserted by Plaintiffs in the Bradni Action, in whole or in part, if the allegations set forth in the Complaint are established as true, then Plaintiff Waterton is entitled to a judgment of equitable contribution and indemnification against Defendant herein for any sum or sums that might be awarded to any party against Plaintiff Waterton because such damages will arise, if at all, not as a result of any negligence or fault on Plaintiff Waterton's part, but as a result of the acts of negligence and/or imputed liability of Defendant. Plaintiff Waterton contends that it has not been negligent, irresponsible or acted unlawfully or unreasonably in any manner whatsoever, and is not liable under any of the theories pleaded against it by any party in this Action.

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501

-3-

**SECOND CAUSE OF ACTION**

**(Contribution)**

13.     Plaintiff Waterton repeats, realleges and incorporates herein by reference all of the preceding paragraphs, as through fully set forth herein.

14.     Based upon the acts and/or omissions of Defendant, if a judgment is rendered against Plaintiff Waterton, then Plaintiff Waterton is entitled to contribution from Defendant in an amount proportionate to the amount of the fault attributable to Defendant.

15.     Plaintiff Waterton has been required to retain counsel to defend itself with respect to the pleadings on file in this matter and, therefore, is entitled to its legal costs and fees, including attorneys' fees, for having to defend the allegations levied and also to prosecute this third-party action.

**THIRD CAUSE OF ACTION**

**(Declaratory Relief – Duty to Defend)**

16.     Plaintiff Waterton repeats, realleges and incorporates herein by reference all of the preceding paragraphs, as through fully set forth herein.

17.     Defendant has a present duty to defend Plaintiff Waterton pursuant to California law and as a result of the assertion of the claims and/or losses arising out of services of Defendant. Plaintiff Waterton has a present legal right to be provided a defense by Defendant.

18.     A dispute has arisen and an actual controversy now exists between Plaintiff Waterton and Defendant in that Plaintiff Waterton contends it is entitled to a present defense from Defendant, while Defendant, denies such obligations.

19.     Plaintiff Waterton seeks a declaration by the Court as to its rights and Defendant's duties and obligations as to the duty to defend in connection with the matters herein alleged, and a judgment in Plaintiff Waterton's favor as to any obligations by Defendant to Plaintiff Waterton herein.

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501

-4-

**FOURTH CAUSE OF ACTION**

**(Declaratory Relief – Duty to Indemnify)**

20. Plaintiff Waterton repeats, realleges and incorporates herein by reference all of the preceding paragraphs, as through fully set forth herein.

21. A dispute has arisen and an actual controversy now exists between Plaintiff Waterton and Defendant in that Plaintiff Waterton contends it is entitled to indemnity, contribution, and damages on several legal theories from the Third-Party Defendant.

22. Plaintiff Waterton is informed and believes and thereon alleges that Defendant denies Plaintiff Waterton is entitled to indemnity, contribution, and damages on the theories its alleges herein.

23. Plaintiff Waterton desires a judicial determination as to the respective rights and obligations of Plaintiff Waterton and the Defendant in connection with the matter herein alleged and a judgment in favor of Plaintiff Waterton as to any objections owed by the Defendant to Plaintiff Waterton herein.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Waterton prays for relief as follows:

1. For general and special damages in excess of $15,000.00;

2. For indemnity and for all damages, and/or economic losses that Plaintiffs in the Bradni Action and/or other parties recover against Plaintiff Waterton in this action by way of judgment, order, settlement, compromise, or trial;

3. For contribution pursuant to California Code of Civil Procedure § 875, et seq. against Defendant;

4. For reasonable attorneys' fees, costs, and expert costs and expenses pursuant to statutory and contract law and the terms of the contract/agreement;

5. For prejudgment interest;

6. For consequential damages in excess of $15,000.00;

7. For incidental damages more than $15,000.00;

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501

8. For a declaration of rights and obligations as between Plaintiff Waterton and Defendant including, but not limited to, a declaration regarding the rights and obligations of the parties, the obligations of Defendant to presently defend Plaintiff Waterton, and the right of Plaintiff Waterton to have Defendant indemnify Plaintiff Waterton for any alleged wrong-doing, whether active or passive, on the part of Plaintiff Waterton; and

9. For such other relief as the Court deems reasonable and proper.

Dated:  June 6, 2025

**GORDON REES SCULLY MANSUKHANI**

By: _s/Sean P. Flynn_
Sean P. Flynn
Tomiko A. Ortiz
Attorneys for Plaintiff
*WATERTON RESIDENTIAL LLC*

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501