JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| WATERTON RESIDENTIAL, LLC , | CASE NO.  2:25-cv-05185-CV (JPRx) |
|---|---|
| Plaintiff, | **ORDER GRANTING VOLUNTARY DISMISSAL** |
| vs. | |
| HUNTER WARFIELD, INC.; a Maryland corporation,, | |
| Defendant. | |

-1-

On September 30, 2025, the parties filed a Joint Request for voluntary dismissal ("Stipulation"). Doc. # 14. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and DISMISSES this action, in its entirety, with prejudice. Furthermore, the Scheduling Conference currently set to be heard on October 31, 2025 is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  10/29/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT COURT

-2-